UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE MILES, | 1:16-cv-01762-JLT (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
| v. | |
| STU SHERMAN, | (Document# 4) |
| Respondent. | |

On November 28, 2016, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner's in forma pauperis status was authorized by the Court on November 21, 2016, the Court **ORDERS** that petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: __**December 2, 2016**__   _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE

1